IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARD HENNEBERGER, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| TICOM GEOMATICS, INC.; SIX3 SYSTEMS, INC.; CACI INTERNATIONAL, INC.; GTCR, LLC; MARK LEACH; and DAVID FEUERSTEIN; | § § § § § | 1:18-CV-134-RP |
| Defendants. | § § | |

## FINAL JUDGMENT

On December 12, 2018, the Court issued an order granting Defendants' Motion to Dismiss. (Dkt. 18). Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that all claims and causes of action asserted by Plaintiff in this action are **DISMISSED.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FINALLY ORDERED** that the case is **CLOSED.**

**SIGNED** on December 12, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE